IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZANE ARP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 25-2668 |
| BELL INTERNATIONAL LABORATORIES, INC., | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 4th day of November, 2025, upon consideration of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 6) and the Response in Opposition (ECF No. 7), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Pursuant to 28 U.S.C. § 1404(a), venue is hereby transferred to the United States District Court for the District of Minnesota.

BY THE COURT:

_____
HON. MIA R. PEREZ